

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

A New Jersey Limited Liability Company

www.krollfirm.com

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Michael T. Carton ■
Curtiss T. Jameson
John P.J. Mattiace ▲
Michael G. McNally ▲
Bradley M. Parsons
Seth Ptasiewicz ▶
Jeffrey A. Stephens

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

August 1, 2012

**Via Electronic Case Filing**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    Montvale Surgical Center, et al. v. Horizon Blue Cross Blue Shield of NJ, et al.
            Civil Action No. 12-CV-3732 (SRC)(CLW)

Dear Magistrate Judge Waldor:

This office is counsel to the IBEW Local 164 and the Joint Welfare Fund ("Fund") with reference to this matter. Pursuant to the attached Electronic Case Filing Notice, I understand Your Honor has been assigned to this matter in place of former Magistrate Judge Michael A. Shipp.

Previously, Magistrate Judge Shipp scheduled this matter for an Initial Case Management Conference to be held on August 21, 2012 at 3:00 p.m. On behalf of my client, I am respectfully inquiring whether Your Honor will be holding the Conference on that date or if it will be rescheduled?

If Your Honor should have any questions, please do not hesitate to contact me at (732) 491-2100. I thank Your Honor for your anticipated courtesies and cooperation in this matter.

Very truly yours,

Seth Ptasiewicz

SP:ps
Enclosure
cc:    Andrew R. Bronsnick, Esq.(via electronic case filing)(with enclosure)
        Matthew A. Baker, Esq.(via electronic case filing)(with enclosure)

## Seth Ptasiewicz

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Wednesday, August 01, 2012 11:30 AM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:12-cv-03732-SRC-CLW MONTVALE SURGICAL CENTER, LLC et al v. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC. et al Add and Terminate Judges |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/1/2012 at 11:29 AM EDT and filed on 8/1/2012

| | |
|---|---|
| **Case Name:** | MONTVALE SURGICAL CENTER, LLC et al v. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC. et al |
| **Case Number:** | 2:12-cv-03732-SRC-CLW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Magistrate Judge Cathy L. Waldor added. Magistrate Judge M. A. Shipp no longer assigned to case. (ma)**

**2:12-cv-03732-SRC-CLW Notice has been electronically mailed to:**

ANDREW R. BRONSNICK     abronsnick@massoodlaw.com

MATTHEW A. BAKER     mbaker@connellfoley.com, rvuich@connellfoley.com

SETH PTASIEWICZ     sptasiewicz@krollfirm.com, lberns1060@yahoo.com, sbullock@krollfirm.com

**2:12-cv-03732-SRC-CLW Notice will not be electronically mailed to::**

1