

**KROLL HEINEMAN CARTON**
Attorneys-at-Law

A New Jersey Limited Liability Company

www.krollfirm.com

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

**ATTORNEYS**
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Michael T. Carton ■
Curtis T. Jameson
John P.J. Mattiace ▲
Michael G. McNally ▲
Bradley M. Parsons
Seth Ptasiewicz ▶
Jeffrey A. Stephens

**BAR ADMISSIONS**
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

August 16, 2012

**Via Electronic Case Filing**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07102

     Re:    Montvale Surgical Center, et al. v. Horizon Blue Cross Blue Shield of NJ, et al.
           Civil Action No. 12-CV-3732 (SRC)(CLW)

Dear Magistrate Judge Waldor:

     This office is counsel to the IBEW Local 164 and the Joint Welfare Fund ("Fund") with reference to this matter.

     This will confirm my telephone call with Your Honor's law clerk, George ~~Brook~~ *Bruk* that the Initial Case Management Conference scheduled in this matter for August 21, 2012 at 3:00 p.m. has been adjourned until August 29, 2012 at 12:30 p.m.

     If Your Honor should have any questions, please do not hesitate to contact me at (732) 491-2100.   I thank Your Honor for your anticipated courtesies and cooperation in this matter.

                          Very truly yours,

                          Seth Ptasiewicz

SP:ps
cc:    Andrew R. Bronsnick, Esq.(via electronic case filing)
       Matthew A. Baker, Esq.(via electronic case filing)

**SO ORDERED**

*s/Cathy L. Waldor*
_____
Cathy L. Waldor, U.S.M.J.

**Date:**  8/17/12