

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

A New Jersey Limited Liability Company

www.krollfirm.com

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. ◗
Michael T. Carton ■
Curtiss T. Jameson
Bradley M. Parsons
Arlene Q. Perez, Esq. ▲
Seth Ptasiewicz ◗
Jeffrey A. Stephens
Brian L. Tremer

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
◗ NJ, NY & PA Bar

September 18, 2013

**Via Electronic Case Filing**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: Montvale Surgical Center, et al. v. Horizon Blue Cross Blue Shield of NJ, et al.
Civil Action No. 12-CV-3732 (SRC)(CLW)

Dear Magistrate Judge Waldor:

This office is counsel to the IBEW Local 164 and the Joint Welfare Fund ("Fund") with reference to this matter.

I am pleased to report that the parties have reached a verbal resolution of this matter. So that the parties can have sufficient time to memorialize their settlement in writing, I would respectfully request that Your Honor issue a 60 day conditional Order of Dismissal.

Should Your Honor have any questions or concerns, please do not hesitate to contact me at (732) 491-2100. On behalf of the parties, we thank Your Honor for your courtesies and assistance in resolving this matter.

Very truly yours,

Seth Ptasiewicz

SP:ps
cc: Andrew R. Bronsnick, Esq.(via electronic case filing)

